```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JUSTIN GOLDMAN, :
:
:
Plaintiff, :
: 25-cv-8139 (LJL)
-v- :
: ORDER
:
SONY MUSIC ENTERTAINMENT et al., :
:
Defendants. :
:
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The parties are hereby ordered to appear for a telephonic conference regarding Defendant Sony Entertainment's motion for an extension of time to respond to the Complaint, Dkt. No. 6. The conference will take place on Tuesday, October 28, at 10:00 a.m. The parties are instructed to dial 646-453-4442 and dial access code 358639322.

SO ORDERED.

Dated: October 24, 2025
       New York, New York
                                              LEWIS J. LIMAN
                                         United States District Judge