```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JUSTIN GOLDMAN,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :         25-cv-8139 (LJL)
            -v-                                                    :
                                                                   :             ORDER
SONY MUSIC ENTERTAINMENT et al.,                                   :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2025

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference on this matter on Monday, November 24, at 12:00 p.m. at 500 Pearl Street, Courtroom 15C. Defendant Sony Music Entertainment shall notify Plaintiff of the conference. The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 18, 2025
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge